## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

CHAMBERS OF
**JEROME B. SIMANDLE**
DISTRICT JUDGE

**ORIGINAL FILED WITH CLERK**

UNITED STATES COURTHOUSE
ONE JOHN F. GERRY PLAZA
P.O. BOX 888
CAMDEN, NJ 08101
(856) 757-5167

January 14, 2011

Andrew P. Kalick
47 George Street
Mount Ephraim, NJ 08059

    Re:  <u>Kalick v. Oaklyn Borough</u>
         Civil No. 10-6229 (JBS-KMW)

Dear Mr. Kalick:

    Your complaint in the above-captioned case was received by the Clerk of Court on December 2, 2010, and your amended compliant was received on December 21, 2010. The case was assigned to me, and I have reviewed your application for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Before I can determine this application to proceed *in forma pauperis*, there are two questions about the affidavit you signed. The affidavit states that you pay no monthly rent or home mortgage payments (see answers to Question 8), yet, according to your Amended Complaint, you reside at an address that appears to be a private home. Please explain to the Court how your housing is subsidized if you do not pay for it. Second, according to the affidavit, for the past twelve months, you have had no monthly income, cash, checking or savings accounts and have received no gifts (see answers to Question 1) and yet, according to the amended complaint, you traveled to the state of Florida in the past six months "for employment purposes for a period of time". See amended complaint at paragraph 11. Please explain to the Court how you paid for this travel without any income, assets or gifts, and what, if any, income was acquired during your time in Florida.

    Kindly furnish a response, in a letter with, if necessary, a corrected application to proceed *in forma pauperis*, within 14 days of today's date, so that this matter can be considered.

                         Very truly yours,

                         */s/ Jerome B. Simandle*

                         JEROME B. SIMANDLE
                         U.S. District Judge

JBS/dw